A. & P. Tea Co., Appellant, *v.* Phila. R. T. Co.

Argued October 5, 1933. Be-fore KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Robert C. Walden,* for appellant.

*H. Rook Goshorn* and with him *Bernard J. O'Connell* for appellee.

Per Curiam, October 26, 1933:

The material and controlling facts in this case are sufficiently similar to those in Kilpatrick v. Phila. R. T. Co., 290 Pa. 288, to bring it within the ruling in that case, and on its authority the judgment is affirmed.